## VERIFIED RETURN OF SERVICE

State of Florida          County of Southern          District Court

Case Number: 19-CV-24411-BB

Plaintiff:
Vernon C. Smith individually and Vernon Eugene Smith as Executor of the Estate of Linda L. Smith deeased

vs.

Defendant:
NCL (Bahamas) LTD., A Bermuda Company, NCL America LLC d/b/a NCL America and Akula LLC d/b/a Maui Reef Adventures

For:
David W. Singer, Esq.,
DAVID W. SINGER & ASSOCIATES, P.A.
1011 S. Federal Highway
Hollywood, FL 33020

LRA2019014604

Received by L.R.I on the 28th day of October, 2019 at 9:35 am to be served on NCL (Bahamas) LTD a Bermuda Company d/b/a Norwegian Cruise Line by serving Registered Agent Daniel S. Farkas Esq, 7665 Corporate Center Drive, Miami, HI 33126.

I, Lourdes Vasallo, do hereby affirm that on the **7th day of November, 2019** at **12:00 pm**, I:

served a CORPORATION by delivering a true copy of the **Summons and Civil Cover Sheet, Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **VICTORIA KOSTYRKA** as **PARALEGAL** for **NCL (Bahamas) LTD a Bermuda Company**, at the address of: **7665 Corporate Center Drive, Miami, HI 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required.

Lourdes Vasallo
Certified Process Server #1157

L.R.I
1011 South Federal Highway
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2019014604

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n