UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24411-BLOOM/Louis

VERNON C. SMITH, individually, and
VERNON EUGENE SMITH, as Executor
of the Estate of Linda L. Smith, deceased,

      Plaintiffs,

v.

NCL (BAHAMAS) LTD., NCL
AMERICA LLC d/b/a NCL AMERICA,
and AKUA LLC d/b/a MAUI REEF
ADVENTURES,

      Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **March 20, 2020**, at **10:00 a.m.** with Cori Flam Meltzer at 28 W Flagler Street, Suite 610, Miami, Florida 33130. On or before **March 23, 2020**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 16, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record